UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN MITCHELL, et al.,<br><br>Plaintiff(s),<br>v.<br><br>SKAGIT BONDED COLLECTORS LLC,<br><br>Defendant(s). | CASE NO. C26-0223-KKE<br><br>DISMISSAL ORDER |

The parties have stipulated to dismiss this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 12. Accordingly, this action and all claims herein are DISMISSED with prejudice and without an award of fees or costs to any party. The trial date and pretrial deadlines previously set (Dkt. No. 11) are hereby VACATED. The clerk is directed to administratively close this case.

Dated this 28th day of October, 2026.

Kymberly K Evanson

Kymberly K. Evanson
United States District Judge